■ HERBERT DOGGRELL et al., Appellants, v. BOARD OF ASSESSORS OF THE TOWN OF BEEKMAN, Respondent.— In a proceeding under article 7 of the Real Property Tax Law to review an assessment of real property, petitioners appeal from an order of the Supreme Court, Dutchess County, dated December 11, 1972, which granted respondent's motion to dismiss the proceeding on the ground that three copies of the petition and notice were not served upon the clerk of the Town of Beekman. Order affirmed, without costs. We are bound to affirm by reason of the determination in *Matter of City of New York v. Christensen* (30 A D 2d 700, affd. 24 N Y 2d 1002). While we feel that the result here reached is harsh, remedial legislation is the answer. Rabin, P. J., Munder, Latham, Shapiro and Gulotta, JJ., concur.

■ E. LANDAU INDUSTRIES, INC., Petitioner, v. NEW YORK STATE DIVISION OF HUMAN RIGHTS, Respondent.— Proceeding under section 298 of the Executive Law to review an order of the State Human Rights Appeal Board, dated May 11, 1972, which affirmed an order of the State Division of Human Rights, dated February 11, 1971, *inter alia* finding petitioner guilty of discriminating in the rental of available housing accommodations. Application of petitioner granted to the extent that the order of the Human Rights Appeal Board is modified, on the law, by striking from its decretal paragraph the words "in all respects" and adding thereto, immediately after the provision that the order of the Division is affirmed, the following: "except that the following are stricken from the third decretal paragraph of the order of the State Division of Human Rights: 'and its designee the Urban League of Westchester, 2 Grand Street, White Plains, New York' (in subdivision 'a') and 'the number of referrals to the Urban League of Westchester, the names and racial identities of applicants referred by the Urban League of Westchester' (in subdivision 'c')." As so modified, said order of the Human Rights Appeal Board is confirmed, without costs (*Kaval Constr. Corp. v. State Div. of Human Rights*, 39 A D 2d 347, 351). Martuscello, Acting P. J., Latham, Gulotta, Brennan and Benjamin, JJ., concur.